IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALICE MCMILLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-00308 |
| | ) | |
| WAL-MART, INC., et al. | ) | Judge Aleta A. Trauger |
| | ) | |
| Defendant. | ) | Jury Demand |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alice McMillan and Defendants Walmart Inc., Wal-Mart Stores East, LP and Wal-Mart Associates, Inc. submit this Joint Stipulation of Dismissal with Prejudice. Each party agrees to bear her or its own costs and expenses.

s/Roland Mumford (w/ permission)
Roland Mumford, Esq. (TN 026495)
Law Office of Roland Mumford & Associates
242 West Main Street, No. 223
Hendersonville, TN 37075
Telephone: (615) 348-0070
Facsimile: (614) 246-4110
roland@mumfordlaw.net

*Counsel for Plaintiff*

s/P. Maxwell Smith
P. Maxwell Smith (TN 026602)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
msmith@fordharrison.com

Laura H. Alrutz (TN 034122)
FORDHARRISON LLP
225 Water Street, Suite 710
Jacksonville, Florida 32203
Telephone: (904) 357-2000
Facsimile (904) 357-2001
lalrutz@fordharrison.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system this 7th day of July, 2021, upon:

Roland Mumford, Esq. (TN 026495)
Law Office of Roland Mumford & Associates
242 West Main Street, No. 223
Hendersonville, TN 37075
Telephone: (615) 348-0070
Facsimile: (614) 246-4110
roland@mumfordlaw.net
*Counsel for Plaintiff*

s/P. Maxwell Smith
